FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 MAR -1 PM 4:23
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NESTOR CARO-CHAPARRO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY and WALT WELLS, Warden, )<br>)<br>Respondents. ) | CV 313-003 |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice based on Petitioner's failure to exhaust administrative remedies, and this civil action is **CLOSED**.[1]

SO ORDERED this 1st day of March, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Notably, on February 4, 2013, Petitioner mailed to the Clerk's Office a motion requesting that consideration of his petition be expedited. (See doc. no. 5, p. 3.) Considering that the Magistrate Judge's Report and Recommendation was mailed to Petitioner on February 7, 2013 (doc. no. 3), it appears that Petitioner mailed his motion prior to receiving the Report and Recommendation. Regardless, given that the Court is herein adopting the Report and Recommendation and dismissing the instant action, Petitioner's motion to expedite is **MOOT**. (Doc. no. 5.)